**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7628**

───────────────

CHARLES WAKEFIELD, JR.,

Petitioner - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
CHARLES MOLONY CONDON, Attorney General of
South Carolina,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Solomon Blatt, Jr., Senior District
Judge.  (CA-97-2131-6-8AK)

───────────────

Submitted:  January 7, 1999          Decided:  January 21, 1999

───────────────

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Charles Wakefield, Jr., Appellant Pro Se.  Donald J. Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Wakefield, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>Wakefield v. South Carolina Dep't of Corrections</u>, No. CA-97-2131-6-8AK (D.S.C. Oct. 20, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2